FILED
NOV 29 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ERIC L. WHITE, JACKSON UVALLE aka STALLION, DERRICK A. MITCHELL, and LUIS A. PIRIL, | ) ) ) ) ) |
| Defendants. | ) ) |

4:18CR974 AGF/NCC

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning on an unknown date and continuing for a time period, including March 2018, with the exact dates unknown, within the Eastern District of Missouri and elsewhere,

**ERIC L. WHITE,
JACKSON UVALLE aka STALLION,
DERRICK A. MITCHELL, and
LUIS A. PIRIL**

the defendants herein, did knowingly and intentionally conspire, combine, confederate and agree with each other and other persons known and unknown to this Grand Jury, to commit offenses against the United States: to distribute and possess with the intent to distribute a controlled substance, methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 846; and

The quantity of actual methamphetamine involved in the conspiracy attributable to each as a result of his/her own conduct, and the conduct of other conspirators reasonably foreseeable to

him/her, is 50 grams or more, punishable under Title 21, United States Code, Section 841(b)(1)(A).

## COUNT II

The Grand Jury charges that:

Beginning on an unknown date and continuing for a time period, including March 2018, with the exact dates unknown, within the Eastern District of Missouri and elsewhere,

**ERIC L. WHITE,**
**JACKSON UVALLE aka STALLION,**
**DERRICK A. MITCHELL, and**
**LUIS A. PIRIL**

the defendants herein, did knowingly and intentionally conspire, combine, confederate and agree with each other and other persons known and unknown to this Grand Jury, to commit offenses against the United States: to distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of a controlled substance, fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 846; and

The quantity of fentanyl mixture involved in the conspiracy attributable to each as a result of his/her own conduct, and the conduct of other conspirators reasonably foreseeable to him/her, is 400 grams or more, punishable under Title 21, United States Code, Section 841(b)(1)(A).

## COUNT III

The Grand Jury charges that:

Beginning on an unknown date and continuing for a time period, including March 2018, with the exact dates unknown, within the Eastern District of Missouri and elsewhere,

**ERIC L. WHITE, and**
**DERRICK A. MITCHELL,**

2

the defendants herein, did knowingly and intentionally conspire, combine, confederate and agree with each other and other persons known and unknown to this Grand Jury, to commit offenses against the United States: to distribute and possess with the intent to distribute a controlled substance, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 846; and

The quantity of cocaine involved in the conspiracy attributable to each as a result of his/her own conduct, and the conduct of other conspirators reasonably foreseeable to him/her, is 5 kilograms or more, punishable under Title 21, United States Code, Section 841(b)(1)(A).

### FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) and 846 as set forth in Counts I, II, III, the defendants listed in each count shall forfeit to the United States of America any property, real and personal, constituting or derived from any proceeds obtained directly or indirectly as a result of said offenses, and any property used, or intended to be used, in any manner or part to commit or facilitate the commission of said violations.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly as a result of such violation(s).

3. If any of the property described above, as a result of any act or omission of the defendant(s):

3

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty, the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
BETH ORWICK, #52089MO
Assistant United States Attorney